UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      Case No. 10-C-208

APPROXIMATELY $4734 US CURRENCY,

    Defendant.

**ORDER**

Plaintiff has filed a motion to strike claim and for entry of default judgment in the above matter. In the event Claimant Quentin J Perkins opposes the Plaintiff's motion, he must file a response on or before March 7, 2011. Failure to respond will result in the motion being granted and entry of default Judgment.

**SO ORDERED** this 28th day of February, 2011.

                                                                                s/ William C. Griesbach
                                                                                William C. Griesbach
                                                                                United States District Judge